COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL. *v.* BROOK-STONE COURT, LLC, ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 107 Conn. App. 340 (AC 28221), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Charles Krich,* principal attorney, in support of the petition.

Decided July 9, 2008